ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| MARIELA BELÉN MARTÍNEZ TORRES<br><br>Parte Recurrente<br><br>V.<br><br><br>NERY FELIPE MARTÍNEZ RIVERA T/C/P NERIS FELIPE MARTÍNEZ RIVERA<br><br>Parte Recurrida | TA2026CE00593 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Arecibo<br><br>_____<br>Caso Núm.: AR2025CV01192<br>_____<br>SOBRE:<br>LIQUIDACIÓN DE COMUNIDAD DE BIENES |

Panel integrado por su presidenta la juez Brignoni Mártir, el juez Salgado Schwarz y la juez Aldebol Mora.

Salgado Schwarz, Carlos G., Juez Ponente

# **RESOLUCIÓN**

En San Juan, Puerto Rico, a 29 de mayo de 2026.

Examinado el *Recurso de Certiorari* presentado por Mariela Belén Martínez Torres el 11 de mayo de 2026, disponemos lo siguiente:

Luego de un estudio sosegado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de *certiorari*. Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*